NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CEPHALON, INC. AND CIMA LABS, INC.,**
*Plaintiffs-Appellants,*

v.

**WATSON PHARMACEUTICALS, INC.,
WATSON LABORATORIES, INC.,
AND WATSON PHARMA, INC.,**
*Defendants-Appellees.*

---

2011-1325

---

Appeal from the United States District Court for the District of Delaware in case no. 08-CV-0330, Judge Sue L. Robinson.

---

## ON MOTION

---

## ORDER

Watson Pharmaceuticals, Inc., et al. move for a 14-day extension of time, until May 18, 2012, to file their opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

FOR THE COURT

**MAY 15 2012**
_____

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William F. Lee, Esq.
James K. Stronski, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 15 2012

JAN HORBALY
CLERK